MARY-JANE HUNGATE, Respondent, v. WILSON HUNGATE, Appellant.— Motion to dispense with printing certain papers recited in resettled order dated August

854

8, 1930, granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.